# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2018

155239 (103)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN DAVID HEWITT-EL, a/k/a
JONATHAN DAVID HEWITT,
      Defendant-Appellant.

SC: 155239
COA: 332946
Wayne CC: 10-002907-FC

_____/

On order of the Court, the motion for reconsideration of this Court's July 6, 2018 order is considered, and it is GRANTED. On reconsideration, we MODIFY our order dated July 6, 2018 so as to REMAND this case to the Wayne Circuit Court for consideration of the defendant's claim that he was denied the effective assistance of trial and appellate counsel with regard to the sufficiency of the evidence of his felon-in-possession of a firearm conviction and that he is therefore entitled to relief from judgment on this conviction, and DENY leave to appeal in all other respects. We do not vacate any part of the order, including the dissenting statement.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2018



Clerk

t0927